UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

JEFFREY J. HUGHES, :
:
    Plaintiff : No. 4:10-CV-2574
:
v. : (Judge Nealon)
:
MICHAEL J. ASTRUE, :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

FILED
SCRANTON
MAR 12 2012
PER _____
DEPUTY CLERK

**ORDER**

**NOW**, this 12th day of March, 2012, in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Jeffrey J. Hughes and against Michael J. Astrue, Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Jeffrey J. Hughes supplemental security income benefits is vacated and the case is remanded to the Commissioner of Social Security to:

   2.1 Conduct a new administrative hearing and appropriately evaluate the medical and vocational evidence and the credibility of Jeffrey J. Hughes in accordance with the background of this order.

3. The Clerk of Court shall **CLOSE** this case.

                                      /s/ William J. Nealon
                                      **United States District Judge**